Circuit Court of Cuyahoga County.

CHARLES BRENNER V. STATE OF OHIO, EX REL ALICE SPISAK.*

Decided, June 11, 1907.

*Proceedings in Aid of Execution Appealable.*

Proceedings in aid of execution brought before a justice of the peace against a judgment debtor, may be appealed by him to the common pleas court.

WINCH, J.; HENRY, J., and MARVIN, J., concur.

The sole question in this case is whether a judgment debtor, against whom proceedings in aid of execution have been brought before a justice of the peace, as provided in Sections 6080-1 to 5, Revised Statutes of Ohio, is entitled to appeal said proceedings to the common pleas court.

This question was raised in the case of *Deveaux* v. *Leslie,* 18 C. C., 482, and the Lucas County Circuit Court, Judge Haynes delivering the opinion, held that an appeal would lie in such cases.

This court, in the case of *Carlin* v. *Hower,* 24 C. C., 153, concurred in said opinion, and we now see no reason for changing our views on the subject.

The case of *Wilson Co.* v. *Cleveland Electric Ry. Co.,* 7 C.C. (N.S.), 258, does not overrule the case of *Carlin* v. *Hower,* on this proposition.

Judgment affirmed.

---

*Affirmed without opinion, *Brenner* v. *State, ex rel,* 82 Ohio State, 424.